*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, ATTANASIO, and HARRELL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Joseph R. MARTINEZ**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202400091**

_____

Decided: 26 March 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Derek A. Poteet

Sentence adjudged 10 January 2024 by a special court-martial convened at Marine Corps Base, Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: bad-conduct discharge and confinement for three months.[1]

For Appellant:
*Commander Daniel C. LaPenta, JAGC, USN*

---

[1] Appellant received 50 days of confinement credit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.